# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER L. BROCK,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDA S. MCMAHON,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-06-3031-AAM<br><br>**JUDGMENT IN A CIVIL CASE** |

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 7th day of March, 2007.

                      JAMES R. LARSEN
                      District Court Executive/Clerk


                      by: ___s/ Karen White_____
                              Deputy Clerk

cc: all counsel